receipt # 11090353
$18.19

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE: WAYNE & SAMANTHA BARTELL     BK: 07-001176 B

UNCLAIMED FUNDS

The funds belonging to the estate of the debtor named above, having been disbursed in accordance with applicable orders entered in the said case excepting the individual listed herein:
REFUND CHECK # 14979 FOR $ 18.19 DATED 03-16-2010
Mailed to: WAYNE & SAMANTHA BARTELL
37 HUMPHREY RD, BUFFALO, NY 14207     and it
APPEARING that more than ninety (90) days have elapsed since the final notices

For the said case, it is
Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 18.19 IN CHECK # 15122
Representing unclaimed funds.

DATED: 7-24-2010

_____
ALBERT J. MOGAVERO
TRUSTEE



FILED
AUG 03 2010
BANKRUPTCY COURT
BUFFALO, N.Y.